IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| EDWARDS MOVING & RIGGING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> W. O. GRUBB STEEL ERECTION, INC., ) <br> d/b/a W. O. GRUBB CRANE RENTAL, ) <br> ) <br> and ) <br> ) <br> WILL WHITE, ) <br> ) <br> Defendants. ) | Civil Action No. 3:12CV146—HEH |

## ORDER
(Denying Plaintiff's Motion for a Preliminary Injunction)

THIS MATTER is before the Court on Plaintiff Edwards Moving & Rigging Inc.'s Motion for Preliminary Injunction (Dk. No. 3), filed on February 23, 2012. Plaintiff seeks to preliminarily enjoin Defendant Will White's employment with W.O. Grubb Steel Erection, Inc. pending the resolution of this litigation. All three parties have fully briefed the issues at bar, and this Court convened a hearing for the presentation of evidence and oral argument on May 7, 2012.

Because it affords, on a temporary basis, the relief that can be granted permanently after trial, a preliminary injunction "is an extraordinary and drastic remedy," requiring "substantial proof" that the movant is entitled to relief. *Mazurek v. Armstrong*, 520 U.S. 968, 972 (1997). Accordingly, a plaintiff seeking such an interlocutory remedy must *clearly* show: (1) likelihood of succeed on the merits; (2) that irreparable injury is likely in the

absence of an injunction; (3) that the balance of equities tips in his favor; and (4) that the injunction is in the public interest. *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008). Here, as this Court explained at the conclusion of the May 7 hearing, Plaintiff has not made "a *clear showing* that it is *likely* to be irreparably harmed absent [the] preliminary relief" it requests. *Real Truth About Obama, Inc. v. Fed. Election Comm'n*, 575 F.3d 342, 347 (4th Cir. 2009) (emphasis added) (citing *Winter*, 555 U.S. at 22), *vacated on other grounds*, 130 S. Ct. 2371 (2010). Accordingly, and for the reasons set forth more fully on the record at the hearing, Plaintiff's motion for preliminary injunctive relief is DENIED. Should circumstances arise that may justify the relief sought, Plaintiff has leave to renew its request.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                             /s/
                                  Henry E. Hudson
                                  United States District Judge

Date: May 7, 2012
Richmond, VA